ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JAN 2 6 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN PHILLIPS,

    Plaintiff,

V.

TRACTOR SUPPLY COMPANY,

    Defendant.

CIVIL ACTION FILE
NO. 2004-CV-95241

1 05 CV 0221 -ODE

### NOTICE OF REMOVAL

COMES NOW TRACTOR SUPPLY COMPANY, the named defendant in the above-captioned case, and files this Notice of Removal pursuant to 42 U.S.C. § 1332.

1.

TRACTOR SUPPLY COMPANY is the defendant in a civil action brought in the Superior Court of Fulton County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Diversity of citizenship between the parties exists. Plaintiff is a resident and citizen of the State of Georgia. Meanwhile, defendant is a Delaware Corporation with its principal place of business in Tennessee.

{K:\101\101\00062545.DOC}

FORMS RECEIVED
Consent To US Mag. ____
Pretrial Instructions ____
Title VII NTC ____

3.

This case was originally filed on or around December 22, 2004, in the Superior Court of Fulton County, Case No. 2004-CV-95241. The defendants are removing this case due to diversity between the parties.

4.

This Notice of Removal is filed within thirty (30) days from the date of service on the defendant on December 30, 2004.

5.

Defendant attaches to this original pleading only, the entire record in the Superior Court of Fulton County.

6.

The aforementioned civil action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1332 because this Court has original jurisdiction in any action involving diversity of the parties in an amount in controversy exceeding $75,000, exclusive of interest and costs, under the laws of the United States. Specifically, plaintiff asserts in her complaint "substantial injuries" and "substantial sums" for

{K:\101\101\00062545.DOC}

medical costs. Plaintiff also seeks damages for cost income and pain and suffering. (Plaintiff's Complaint, ¶¶4 and 6)

7.

Defendant has given written notice of the filing of this Notice to the plaintiff by mailing a copy of this Notice of Removal to plaintiff's counsel via Certified Mail, Return Receipt Requested, Receipt No. <u>7002 3150 0006 5943 2698</u>. Defendant has filed a written notice with the Clerk of Superior Court of Fulton County, a copy of which is attached.

8.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted,

CRUSER & MITCHELL, LLP

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, Georgia 30092
TEL: 404-881-2622

_____
William T. Mitchell
Georgia Bar No. 513810
Counsel for Defendant

# CRUSER & MITCHELL, LLP
## ATTORNEYS AT LAW
### ATLANTA OFFICE
PEACHTREE RIDGE, SUITE 750
3500 PARKWAY LANE
NORCROSS, GA 30092

J. ROBB CRUSER
WILLIAM T. MITCHELL
DEANA SIMON JOHNSON
JUSTIN L. LOWENBERGER*
CHRISTINE H. HALL
ROBYN OLIVER WEBB†
JENNIFER MCBATH TIPPING
NOLA D. JACKSON
RONDIENE E. NOVITZ*
JASON D. SAMMIS
KAREN E. WOODWARD†
RICHARD E. GRESIO*
CRAIG P. TERRETT

TELEPHONE (404) 881-2622
FACSIMILE (404) 881-2630

OFFICES IN:
ATLANTA
NEW YORK
NEW JERSEY

**WRITER'S DIRECT ACCESS**
(404) 881-2633
bmitchell@cmlawfirm.com

* MEMBER OF N.Y. BAR
† OF COUNSEL

www.cmlawfirm.com

January 25, 2005

**VIA CERTIFIED MAIL – 7002 3150 0006 5943 2698**
**RETURN RECEIPT REQUESTED**

Christopher A. Bennett, Esq.
Hartley, Rowe & Fowler, P.C.
P. O. Box 489
Douglasville, GA 30133

      RE:    *Susan Phillips v. Tractor Supply Company*
               Superior Court of Fulton County, CAF#2004-CV-95241

Dear Mr. Bennett:

      In compliance with 28 U.S.C. § 1332, this letter is to give you formal written notice that the defendants have filed a Notice of Removal with the United States District Court, Northern District of Georgia, Atlanta Division. I am enclosing a copy of the Notice of Removal.

      In further compliance with 28 U.S.C. § 1332, I have filed a copy of the Notice of Removal with the Superior Court of Fulton County. I enclose a copy of the Notice to the Clerk of the Superior Court of Fulton County.

      Best regards.

                                          Very truly yours,

                                          William T. Mitchell

WTM:sr
Enclosures

{K:\101\101\00062545.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Christopher A. Bennett, Esq.
>Hartley, Rowe & Fowler, P.C.
>P. O. Box 489
>Douglasville, GA 30133

This 26 day of January, 2005

_____
William T. Mitchell
Georgia Bar 513810

{K:\101\101\00062545.DOC}

**CT System**

Service of Process Transmittal Form
Atlanta, Georgia

12/30/2004

Via Federal Express (2nd Day)

TO:  Kim Vance
     Tractor Supply Company
     200 Powell Place
     Brentwood, TN  37027

Phone: (615) 366-4829 ex:
EMAIL: KVANCE@TRACTORSUPPLY.COM



RECEIVED
JAN 0 5 2005
MARSH USA INC.
NASHVILLE P&C CLAIMS

RE:  **PROCESS SERVED IN GEORGIA**

FOR   TRACTOR SUPPLY COMPANY  Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION:          Susan Phillips, Pltf. vs Tractor Supply Company, Dft.
2. DOCUMENT(S) SERVED:       Summons, Complaint.
3. COURT:                    Superior Court, Fulton County, GA
                             Case Number 2004CV95241
4. NATURE OF ACTION:         Personal injuries - Unspecified amount - Trip and fall on June 22, 2004.
5. ON WHOM PROCESS WAS SERVED: CT Corporation System, Atlanta, Georgia
6. DATE AND HOUR OF SERVICE: By Process server on 12/30/2004 at 09:30
7. APPEARANCE OR ANSWER DUE: 30 days
8. ATTORNEY(S):              Christopher A. Bennett
                             Hartley, Rowe and Fowler, PC
                             PO Box 489
                             Douglasville, GA  30133

9. REMARKS:    Served by the Sheriff.

SIGNED      CT Corporation System
PER         Cindy J. Zidick /LM
ADDRESS     1201 Peachtree Street, N.E.
            Atlanta, GA  30361
            SOP WS 0008882222

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

G

**SHERIFF'S ENTRY OF SERVICE**

SC-85-2

Civil Action No. 2004CV15241

Date Filed 12-22-04

Superior Court ☒
State Court ☐
Juvenile Court ☐

Magistrate Court ☐
Probate Court ☐

CLYDE CASTLEBERRY CO., CONYERS, GA 30015

Georgia, Fulton COUNTY

Attorney's Address
Christopher A. Bennett
Hartley, Rowe & Fowler, P.C.
P.O. Box 489
Douglasville, GA 30133

Susan Phillips

Plaintiff

VS.

Name and Address of Party to be Served.
Tractor Supply Co.
Registered Agent: C.T. Corporation
1201 Peachtree Street, NE
Atlanta, GA 30361

Tractor Supply Co.

Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant Tractor Supply Co. a corporation by leaving a copy of the within action and summons with Cindy Lidice CT Corp 0930AM in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant not to be found in the jurisdiction of this Court.

This 30 day of Dec, 20 04.

_____ 2232
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

SUMMONS                           SC-85-1
Clyde Castleberry Co., Covington, GA. 30015

# IN THE SUPERIOR/STATE COURT OF ___Fulton___ COUNTY
## STATE OF GEORGIA

Susan Phillips

CIVIL ACTION NUMBER  2004CV95341

_____ PLAINTIFF

VS.

Tractor Supply Co.

_____ DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:  Tractor Supply Company
Registered Agent: C.T. Corporation

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Christopher A. Bennett
Hartley, Rowe & Fowler, P.C.
P.O. Box 489
Douglasville, GA 30133

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __22__ day of __Dec__, 20 __04__.

Clerk of Superior/State Court

BY _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed. Make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA


FILED IN OFFICE
DEC 2 2 2004
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| SUSAN PHILLIPS, | * |
| Plaintiff, | * CIVIL ACTION |
| v. | * FILE NO: 2004CV95241 |
| TRACTOR SUPPLY COMPANY, | * |
| Defendant. | * |

## COMPLAINT FOR DAMAGES

COMES NOW, SUSAN PHILIPS ("Plaintiff"), and files this her action for damages against TRACTOR SUPPLY COMPANY ("Defendant") and respectfully shows the Court the following:

1.

Defendant has its registered office in Fulton County, Georgia and is subject to the jurisdiction of this Court. The Defendant may be served by serving its registered agent at the following address: CT Corporation, 1201 Peachtree Street, NE, Atlanta, Georgia 30361.

2.

Venue is proper in Fulton County.

3.

On June 22, 2004, at approximately 1:45 p.m., Plaintiff was on the premises of Defendant for the purpose of purchasing items from Defendant. As Plaintiff was crossing the parking lot, owned by Defendant after exiting Defendant's store, Plaintiff tripped on a "cow panel". The "cow panel" was protruding from a wooden pallet, due to the negligence of the Defendant and fell to the ground as a result.

{45399.1}

4.

As a result of the trip and fall, Plaintiff suffered substantial injuries which required Plaintiff to undergo medical treatment and to expend substantial sums for medical expenses and other costs. The Plaintiff has suffered and continues to suffer substantial injury of body and mind, including medical expenses, mental anguish, and pain and suffering.

5.

Defendant's negligence in not keeping its premises safe is the sole proximate cause of the Plaintiff's accident, injuries and resulting damages.

6.

Plaintiff is entitled to recover from the Defendant the sum of that will compensate her for her general and special damages including damages for her injuries, medical expenses, lost wages and pain and suffering.

## ATTORNEY'S FEES

7.

Defendant has acted in bad faith and has caused Plaintiff unnecessary trouble and expense by causing the subject litigation. Accordingly, the Defendant is responsible for reasonable attorney's fees.

WHEREFORE, Plaintiff prays as follows:

(a) That process issue and that the Defendant be served as required by law;

(b) That the Plaintiff has a trial by jury on all issues of fact;

(c) That the Plaintiff have judgment against the Defendant in the sum that will compensate her for her damages;

(d) That the Plaintiff recover attorney's fees and all costs of this action; and

{45399.1}

(f) That the Plaintiffs have such other and further relief as the Court may consider equitable and appropriate.

This __21__ day of __December__, 2004.

Respectfully submitted,

HARTLEY, ROWE & FOWLER, P.C.

_____
CHRISTOPHER A. BENNETT
State Bar No. 050590
Attorney for Plaintiff

P. O. Box 489
Douglasville, Georgia 30133
(770) 920-2000

[45399.1]

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA



| | |
|---|---|
| SUSAN PHILLIPS, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION FILE |
| | * NO. 2004-CV-95241 |
| TRACTOR SUPPLY COMPANY, | * |
| Defendant. | * |

### NOTICE OF FILING NOTICE OF REMOVAL

TO: CLERK, SUPERIOR COURT OF FULTON COUNTY

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division, copies of which are attached hereto.

This 26 day of January, 2005.

Respectfully submitted,

CRUSER & MITCHELL, LLP

_____
William T. Mitchell
Georgia Bar No. 513810
Counsel for defendant

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, Georgia 30092
TEL: 404-881-2622

{K:\101\101\00062545.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Christopher A. Bennett, Esq.
> Hartley, Rowe & Fowler, P.C.
> P. O. Box 489
> Douglasville, GA 30133

This 26 day of January, 2005

William T. Mitchell
Georgia Bar 513810

{K:\101\101\00062545.DOC}

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA



FILED IN OFFICE
JAN 2 6 2005
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| SUSAN PHILLIPS, | * |
| Plaintiff, | * |
| V. | * CIVIL ACTION FILE |
| | * NO. 2004-CV-95241 |
| TRACTOR SUPPLY COMPANY, | * |
| Defendant. | * |

## ANSWER AND DEFENSES

COMES NOW, TRACTOR SUPPLY COMPANY, defendant in the above-styled civil action, and hereby files and serves his Answer and Defenses to plaintiff's Complaint for Damages (hereinafter "Complaint") and shows the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state or set forth claims against defendant upon which relief can be granted.

### SECOND DEFENSE

As a Second Defense, defendant answers the numbered paragraphs of plaintiff's Complaint as follows:

1.

Defendant can neither admit nor deny the allegations contained in paragraph 1 of plaintiff's Complaint for want of

{K:\101\101\00062545.DOC}

sufficient information to form a belief as to the truth thereof and puts plaintiff upon strict proof of same.

2.

Defendant can neither admit nor deny the allegations contained in paragraph 2 of plaintiff's Complaint for want of sufficient information to form a belief as to the truth thereof and puts plaintiff upon strict proof of same.

3.

Defendant denies the allegations contained in paragraph 3 of plaintiff's Complaint.

4.

Defendant can neither admit nor deny the allegations contained in paragraph 4 of plaintiff's Complaint for want of sufficient information to form a belief as to the truth thereof and puts plaintiff upon strict proof of same.  In further response, to the extent plaintiff implies wrongdoing by defendant in this paragraph, such allegations are denied.

5.

Defendant denies the allegations contained in paragraph 5 of plaintiff's Complaint.

6.

Defendant denies the allegations contained in paragraph 6 of plaintiff's Complaint.

### ATTORNEY'S FEES

7.

Defendant denies the allegations contained in paragraph 7 of plaintiff's Complaint.

8.

All other allegations contained in plaintiff's Complaint not hereinbefore specifically responded to are hereby denied.

### THIRD DEFENSE

To the extent as may be shown by the evidence through discovery, defendant asserts that plaintiff's alleged damages, if any, were directly and proximately caused by persons or entities other than this defendant.

### FOURTH DEFENSE

To the extent as may be shown by the evidence through discovery, defendant shows that plaintiff's alleged damages, if any, were directly and proximately caused by the acts or omissions of plaintiff which constituted contributory and comparative negligence and failure to exercise ordinary care.

## FIFTH DEFENSE

To the extent as may be shown by the evidence through discovery, defendant avers that plaintiff, by the exercise of ordinary care, could have avoided the consequences of any act or failure to act of defendant; however, defendant denies that any act or failure to act on its part caused or contributed to, in any way whatsoever, the damages complained of in plaintiff's Complaint.

## SIXTH DEFENSE

To the extent as may be shown by the evidence through discovery, defendant avers that it is not liable to plaintiff because plaintiff's own negligence equaled or exceeded that of defendant, if any. However, defendant denies it produced, brought about, caused, or contributed to, in any way whatsoever, the damages complained of in plaintiff's Complaint.

## SEVENTH DEFENSE

To the extent applicable, defendant asserts each affirmative defense set out in O.C.G.A. § 9-11-8, as to laches, statute of limitations, improper/insufficient service and process, and improper jurisdiction.

## EIGHTH DEFENSE

Plaintiff's alleged injuries and damages, if any, were not foreseeable to defendant.

WHEREFORE, having answered fully, this defendant respectfully requests that this Court dismiss the Complaint and cast all costs against plaintiff.

**DEFENDANT DEMANDS A TRIAL BY JURY.**

CRUSER & MITCHELL, LLP

Peachtree Ridge, Suite 750
3500 Parkway Lane
Norcross, Georgia 30092
404/881-2622 (Telephone)
404/881-2630 (Facsimile)

_____
William T. Mitchell
Georgia Bar No.  513810
Attorney for Defendant

{K:\101\101\00062545.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **ANSWER AND DEFENSES** to all parties to this matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Christopher A. Bennett, Esq.
> Hartley, Rowe & Fowler, P.C.
> P. O. Box 489
> Douglasville, GA 30133

This \_\_\_26\_\_\_ day of January, 2005.

_____
William T. Mitchell
Georgia Bar No. 513810

{K:\101\101\00062545.DOC}