```
             IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

SUSAN PHILLIPS,                 *
                                *
      Plaintiff,                *
                                *     CIVIL ACTION FILE
V.                              *     NO. 05-CV-0221
                                *
TRACTOR SUPPLY COMPANY,         *
                                *
      Defendant.                *
```

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties in the above-styled civil action, by and through their counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(1) stipulate that the above-styled action may be dismissed with prejudice. The parties have agreed that each shall bear their own costs and attorneys fees.

This 10th day of August, 2005.

**COUNSEL FOR PLAINTIFF**

```
                              __s/Christopher A. Bennett___
6622 E. Broad Street          Christopher A. Bennett, Esq.
Douglasville, GA 30134        Georgia Bar No. 050590
TEL: 770-920-2000
```

**COUNSEL FOR DEFENDANT TRACTOR SUPPLY CO.**

```
                              ___s/William T. Mitchell_____
Peachtree Ridge, Suite 750    William T. Mitchell
3500 Parkway Lane             Georgia Bar No. 513810
Norcross, GA 30092            Deana Simon Johnson
TEL: 404-881-2622             Georgia Bar No. 646925
```

**CERTIFICATE OF SERVICE**

I FURTHER CERTIFY that I have this day electronically filed with the Clerk of Court this **STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system which will automatically send e-mail notification of such filing to the above-named counsel of record.

>Christopher A. Bennett, Esq.
>Hartley, Rowe & Fowler, P.C.
>P. O. Box 489
>Douglasville, GA 30133

This 10th day of August, 2005.

>\_\_s/William T. Mitchell\_\_\_\_
>William T. Mitchell
>Georgia Bar No. 513810